## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

STEVEN DARMER,

                Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

                Defendant.

Civil No. 17-4309 (JRT/KMM)

**ORDER ON REPORT
AND RECOMMENDATION**

---

Edward E Beckmann, **BECKMANN LAW FIRM, LLC,** 3800 American Boulevard West, Suite 1500, Bloomington, MN 55431, for plaintiff.

Scott G Williams, Michelle Christensen, **HKM LAW GROUP,** 30 East 7th Street, Suite 3200, St Paul, MN 55101, Lehoan T. Pham, **LATHROP GPM LLP,** 80 South 8th Street, Suite 500 IDS Center, Minneapolis, MN 55402, for defendant.

The above matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Katherine Menendez dated

February 24, 2020.  No objections have been filed to that Report and Recommendation

in the time period permitted.  Based on the Report and Recommendation of the

Magistrate Judge, on all of the files, records, and proceedings herein, the Court now

makes and enters the following Order.

      **IT IS HEREBY ORDERED** that Steven Darmer, Edward Beckmann, or both, shall pay

State Farm $19,515.80 in attorney's fees and costs as a sanction for the failure to

comply with a discovery order pursuant to Rule 37(b)(2) and for abuse of the discovery

process pursuant to the Court's inherent powers.


Dated:  April 1, 2020                    s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                                    Chief Judge
                                                    United States District Court